UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  1:21-cv-20936-MGC

FABIOLA MUNOZ,

    Plaintiff,
v.

7-ELEVEN, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, FABIOLA MUNOZ, and Defendant, 7- ELEVEN, INC.., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than forty-five (45) days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this December 20, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Adam Chotiner* |
| ANTHONY J. PEREZ, ESQ. | ADAM CHOTINER, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No.  0146315 |
| GARCIA-MENOCAL & PEREZ, P.L. | SHAPIRO, BLISE WASSERMAN & |
| 4937 S.W. 74th Court | HERMAN, P.A. |
| Miami, FL 33155 | 7777 Glades Road, Suite 400 |
| Telephone: (305) 553- 3464 | Boca Raton, FL 33434 |
| Email:  ajperez@lawgmp.com | Telephone: (561) 477-7800 |
| *Attorney for Plaintiff* | Email:  achotiner@sbwh.law |
| | *Counsel for Defendant 7-Eleven, Inc.* |

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 20, 2021.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: dperaza@lawgmp.com;
        dramos@lawgmp.com

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ