UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-20936-MGC

FABIOLA MUNOZ,

     Plaintiff,

v.

7-ELEVEN, INC.,

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff FABIOLA MUNOZ and Defendant 7-ELEVEN, INC., by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated:     January 18, 2022.     Respectfully submitted,

*s/ Anthony J. Perez*_____      *s/ Adam S. Chotiner*[1]_____
Anthony J. Perez, Esq.      Adam S. Chotiner, Esq.
Florida Bar No. 535451      Florida Bar No. 0146315
Garcia-Menocal & Perez, P.L.      Shapiro, Blasi, Wasserman & Hermann, P.A.
4937 S.W. 74th Court      7777 Glades Road, Suite 400
Miami, FL 33155      Boca Raton, FL 33434
Telephone: (305) 553-3464      Telephone: (561) 477-7800
Facsimile: (305) 553-3031      Facsimile: (561) 477-7752
Email: ajperez@lawgmp.com      Email: achotiner@sbwh.law
Counsel for Plaintiff      Counsel for Defendant

_____

[1] Anthony J. Perez has provided Adam S. Chotiner with express authority to jointly file this stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Fabiola Munoz v. 7-Eleven, Inc.*
Case No. 1:21-cv-20936-MGC
United States District Court, Southern District of Florida

| | |
|---|---|
| Anthony J. Perez, Esq.<br>E-Mail: ajperez@lawgmp.com<br>Beverly Virues, Esq.<br>E-Mail: bvirues@lawgmp.com<br>Garcia-Menocal & Perez, P.L.<br>Attorneys for Plaintiff<br>4937 S.W. 74th Court<br>Miami, Florida 33155<br>Tel:    (305) 553-3464<br>Fax:    (305) 553-3031<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman &<br>Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:    (561) 477-7800<br>Fax:    (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |
| | Michael S. Orr, Esq.<br>California Bar Number 253815<br>Call & Jensen, APC<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>Tel.: (949) 717-3000<br>Fax: (949) 717-3100<br>msorr@calljensen.com<br>Counsel for Defendant<br>*Via Email* |